IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YEAROUT SERVICE, LLC, | * |
|     Defendant and<br>    Plaintiff in Cross-Claim | *<br>Case No.  5:17-CV-42-MTT |
| v. | * |
| GSC CONSTRUCTION, INC., et al., | * |
|     Defendant and<br>    Plaintiff in Cross-Claim. | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated June 12, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff Yearout Service, LLC in the amount of $299,507.00. The amount shall accrue interest from the date of entry of judgment at the rate of 2.05% per annum until paid in full. Plaintiff shall also recover costs of this action.

This 14th day of June, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk